# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

QUINTON LAWRENCE

NO. 2019 KW 1377

JAN 0 6 2020

---

In Re:    Quinton Lawrence, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No.
          Unknown.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include information regarding his docket number, the copies of the motions at issue, the district court's rulings on the motions, the bill of information or indictment, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application.  Supplementation of this writ application and/or an application for rehearing will not be considered.  See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before March 6, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

VGW
JMG
WJB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.